# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | 8:05MJ59 |
| ) | |
| v. ) | |
| ) | |
| **JAMISON NACHEZ ROBINSON,** ) | ORDER |
| ) | |
| Defendant. ) | |

The Clerk's Office has requested that Document Number 17 be stricken from the record for the following reason:

- Document filed in incorrect case.

**IT IS ORDERED** that the Clerk's Office shall strike Document Number 17 from the record.

DATED this 12th day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge